IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00129-MR-WCM

| | | |
|---|---|---|
| ACCORDIUS HEALTH AT ASHEVILLE LLC, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN *in her official capacity as Administrator of the Small Business Administration*; **JANET YELLEN** *in her official capacity as United States Secretary of Treasury*; and **THE UNITED STATES OF AMERICA**, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Kirk G. Warner. The Motion indicates that Mr. Warner, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Joshua A. Klarfeld, who the Motion represents as being a member in good standing of the Bar of Ohio. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Joshua A. Klarfeld to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 28, 2023

W. Carleton Metcalf
United States Magistrate Judge