# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| ACCORDIUS HEALTH AT ASHEVILLE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>    Defendants. | **No. 1:23-cv-00129-MR** |
| ACCORDIUS HEALTH AT BREVARD LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>    Defendants. | **No. 1:23-cv-00130-MR** |
| ACCORDIUS HEALTH AT HENDERSONVILLE LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>    Defendants. | **No. 1:23-cv-00131-MR** |

| | |
|---|---|
| CAROLINA PINES AT ASHEVILLE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., <br><br> Defendants. | **No. 1:23-cv-00132-MR** |
| ACCORDIUS HEALTH AT CHARLOTTE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., <br><br> Defendants. | **No. 3:23-cv-00289-MR** |
| ACCORDIUS HEALTH AT MIDWOOD LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., <br><br> Defendants. | **No. 3:23-cv-00290-MR** |
| ACCORDIUS HEALTH AT MONROE LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., <br><br> Defendants. | **No. 3:23-cv-00291-MR** |

| | |
|---|---|
| PELICAN HEALTH RANDOLPH LLC,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | **No. 3:23-cv-00293-MR** |
| ACCORDIUS HEALTH AT MOORESVILLE LLC,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | **No. 5:23-cv-00065-MR** |
| ACCORDIUS HEALTH AT STATESVILLE LLC,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | **No. 5:23-cv-00066-MR** |
| ACCORDIUS HEALTH AT WILKESBORO LLC,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | **No. 5:23-cv-00068-MR** |

| | |
|---|---|
| THE CITADEL ELIZABETH CITY LLC, | ) **No. 1:23-cv-00194-MR** |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| THE CITADEL AT MYERS PARK LLC, | ) **No. 1:23-cv-00197-MR** |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| THE CITADEL AT WINSTON SALEM LLC, | ) **No. 1:23-cv-00198-MR** |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| COUNTRYSIDE CENTER FOR REHABILITATION, | ) **No. 1:23-cv-00199-MR** |
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

| | | |
|---|---|---|
| FAIR OAKS HEALTH AND REHABILITATION LLC, | ) | **No. 1:23-cv-00200-MR** |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |
| PELICAN HEALTH AT ASHEVILLE LLC, | ) | **No. 1:23-cv-00201-MR** |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |
| PELICAN HEALTH AT CHARLOTTE LLC, | ) | **No. 1:23-cv-00202-MR** |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |
| PELICAN HEALTH AT NORFOLK LLC, | ) | **No. 1:23-cv-00203-MR** |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PELICAN HEALTH AT RUTHERFORDTON LLC, | ) | No. 1:23-cv-00204-MR |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) ) | |
| RUSSELLVILLE KY OPCO LLC, | ) | No. 1:23-cv-00205-MR |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

# STAY ORDER

**THIS MATTER** is before the Court on the parties' joint motions to stay the above-captioned cases.

Before the Court are the 21 cases captioned above, which concern issues arising from determinations of the United States Small Business Administration pertaining to each of the Plaintiffs. Also pending are the 27 cases identified in Appendix A attached hereto. The parties assert that these 27 cases are of the same or similar nature and pertain to the same issues as those raised in the 21 cases currently pending before this Court.

The parties represent to the Court that they have filed (or are in the process of filing) motions to have these 27 cases transferred to this Court for the purpose of consolidating such cases with the 21 cases now pending. The Court does not yet have a sufficient record from which to determine whether there are sufficient common factual and legal issues between these 48 cases to warrant consolidation. The parties represent that they are endeavoring to develop and present such record whereby the Court can determine the best manner in which to proceed.

Upon review of the parties' motions, and for cause shown, the Court will grant the requested stay.

**IT IS, THEREFORE, ORDERED** that:

1. The parties' motions are hereby **GRANTED**.

2. The above-captioned cases hereby are and shall remain **STAYED** until further Order of this Court.

3. The parties shall file a joint status report 60 days from the date of this Order informing the Court of the status of the proposed motions to transfer regarding the 27 cases listed on Appendix A. Upon the disposition of all such motions to transfer, the parties shall file a joint report informing the Court of such dispositions.

4. The parties' joint status reports shall be filed solely in the case of *Accordius Health at Asheville LLC v. United States Small Business Administration, et al.*, Case No. 1:23-cv-00129-MR.

**IT IS SO ORDERED.**

Signed: August 18, 2023

Martin Reidinger
Chief United States District Judge

# APPENDIX A

| PLAINTIFF | CASE NO. |
|---|---|
| **Eastern District of North Carolina** | |
| Accordius Health at Wilson LLC | 5:23-cv-00259 |
| **Middle District of North Carolina** | |
| Accordius Health at Concord LLC | 1:23-cv-00392 |
| Accordius Health at Greensboro LLC | 1:23-cv-00393 |
| Accordius Health at Rose Manor LLC | 1:23-cv-00394 |
| Accordius Health at Winston Salem LLC | 1:23-cv-00395 |
| Carolina Pines at Greensboro LLC | 1:23-cv-00396 |
| Pelican Health Reidsville LLC | 1:23-cv-00397 |
| Pelican Health Thomasville LLC | 1:23-cv-00398 |
| **Western District of Kentucky** | |
| Greenville KY Opco LLC | 4:23-cv-00065 |
| Leitchfield KY Opco LLC | 4:23-cv-00066 |
| Madisonville Health and Rehabilitation LLC | 4:23-cv-00067 |
| Farthing Mayfield KY Opco LLC | 5:23-cv-00067 |
| Hopkinsville KY Opco LLC | 5:23-cv-00068 |
| Mayfield KY Opco LLc | 5:23-cv-00069 |
| Paducah Center for Health and Rehabilitation LLC | 5:23-cv-00070 |
| Princeton KY Opco LLC | 5:23-cv-00071 |
| **District of South Carolina** | |
| Anderson SC OPCO LLC | 8:23-cv-02088 |
| **Eastern District of Tennessee** | |
| Knoxville OPCO LLC | 3:23-cv-00170 |
| Loudon OPCO LLC | 3:23-cv-00171 |
| Maryville Fairpark OPCO LLC | 3:23-cv-00172 |
| Maryville Jamestown OPCO LLC | 3:23-cv-00173 |
| **Middle District of Tennessee** | |
| Red Boiling Springs TN OPCO LLC | 2:23-cv-00026 |
| Mount Pleasant TN OPCO LLC | 1:23-cv-00032 |
| **Western District of Tennessee** | |
| Covington TN OPCO LLC | 2:23-cv-02311 |
| **Eastern District of Virginia** | |
| Accordius Health at Bay Pointe LLC | 2:23-cv-00202 |
| Accordius Health at River Pointe LLC | 2:23-cv-00197 |
| **Western District of Virginia** | |
| Accordius Health at Lynchburg LLC | 6:23-cv-00027 |