IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00129-MR

| | |
|---|---|
| ACCORDIUS HEALTH AT ASHEVILLE LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that Defendants United States Small Business Administration ("SBA"), Isabella Casillas Guzman in her official capacity as Administrator of the SBA, Janet Yellen in her official capacity as the Secretary of the United States Department of the Treasury, and the United States of America (collectively, the Defendants), by and through Dena J. King, United States Attorney for the Western District of North Carolina, file herewith pages 1 through 900 of 1390 of the consolidated administrative record applicable to this matter and the 47 related cases also pending before this Court, in accordance with paragraph 4 of the Court's order of September 29, 2023 (Doc. 16), and with certain redactions made as authorized under the Court's order of November 17, 2023 (Doc. 23).

Respectfully submitted this the 28th day of November, 2023.

**DENA J. KING**
UNITED STATES ATTORNEY

**s/GILL P. BECK**
Assistant United States Attorney
Chief, Civil Division
NC Bar No. 13175
United States Attorney's Office
Room 233, U.S. Courthouse
100 Otis Street
Asheville, NC 28801
Tel: (828) 271-4661
Fax: (828) 271-4327
Email: Gill.Beck@usdoj.gov