IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ACCORDIUS HEALTH AT ASHEVILLE LLC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:23-cv-00129-MR |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **DECLARATION OF ERIKA HOPPES**

I, Erika Hoppes, make the following declaration:

1. I am employed by the United States Small Business Administration as an Attorney in the Office of General Counsel. I have held this position for approximately 18 years. In my current capacity, I supervised the compilation of and reviewed the subject Administrative Record for the above-referenced matter and the 47 related cases also pending in this Court.

2. To the best of my knowledge, the attached index and documents referenced therein constitute the true and accurate Administrative Record for the above-captioned matter and the 47 related cases.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and I would so testify if called upon to do so in a Court of law.

Dated this 13th day of November 2023.

_____
ERIKA HOPPES

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

|   |   |
|---|---|
| ACCORDIUS HEALTH AT ASHEVILLE LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00129-MR |

## INDEX OF ADMINISTRATIVE RECORD

| Bates Page Nos. | Document Title | Date of Filing at OHA |
|---|---|---|
| First Consolidated OHA Proceeding, Cases 1-38 ||| 
| USA_000001 – USA_000013 | Accordius Health Appeal Petition | December 6, 2022 |
| USA_000014 – USA_000015 | Paycheck Protection Program Final Loan Review Decision | December 6, 2022 |
| USA_000016 – USA_000017 | Notice and Order | December 13, 2022 |
| USA_000018 – USA_000022 | Consent Motion for Consolidation and Motion for Extension of Time to File the Administrative Record | December 22, 2022 |
| USA_000023 – USA_000024 | Order of Consolidation | January 3, 2023 |
| USA_000025 – USA_000027 | Amended Notice and Order – Consolidated Appeal | January 13, 2023 |

| USA_000028 – USA_000031 | Joint Stipulation and Motion for Leave to File Consolidated Administrative Record *Instanter* | February 6, 2023 |
|---|---|---|
| USA_000032 – USA_000730 | Stipulated Administrative Record | February 6, 2023 |
| USA_000731 – USA_000733 | Order – Stipulations and Consent Administrative Record | February 6, 2023 |
| USA_000734 – USA_000744 | SBA Response to Appeal Petition | March 3, 2023 |
| USA_000745 – USA_000765 | Consolidated Decision | March 8, 2023 |
| USA_000766 – USA_000769 | Appellants' Request Reconsideration | March 17, 2023 |
| USA_000770 – USA_000772 | Notice of Consolidation and Order | March 20, 2023 |
| USA_000773 – USA_000777 | SBA Response to Petition for Reconsideration | April 4, 2023 |
| USA_000778 – USA_000800 | Reconsideration Decision | April 10, 2023 |
| Second Consolidated OHA Proceeding, Cases 39-48 | | |
| USA_000801 – USA_000814 | Countryside Center Appeal Petition | December 7, 2022 |
| USA_000815 – USA_000816 | Paycheck Protection Program Final Loan Review Decision | December 7, 2022 |
| USA_000817 – USA_000818 | Countryside Center for Rehabilitation Notice and Order | December 13, 2022 |
| USA_000819 – USA_000821 | Consent Motion for Consolidation and Motion for Extension of Time to File the Administrative Record | December 23, 2022 |
| USA_000822 – USA_000823 | Order on Consent Motion | December 27, 2022 |
| USA_000824 – USA_001041 | Joint Stipulation and Stipulated Administrative Record | February 6, 2023 |

| USA_001042 – USA_001052 | SBA Response to Appeal Petition | March 3, 2023 |
| USA_001053 – USA_001055 | Appellants' Request for Leave to File Reply | March 15, 2023 |
| USA_001056 – USA_001057 | Order Granting Leave to File Reply | March 15, 2023 |
| USA_001058 – USA_001061 | SBA Motion for Clarification | March 20, 2023 |
| USA_001062 – USA_001063 | Appellants' Response to Motion for Clarification | March 21, 2023 |
| USA_001064 – USA_001066 | Order on Motion for Clarification | March 23, 2023 |
| USA_001067 – USA_001073 | Reply in Support of Appeal Petition | April 3, 2023 |
| USA_001074 – USA_001080 | SBA Surreply to Appellants' Reply | April 13, 2023 |
| USA_001081 – USA_001097 | Decision | June 8, 2023 |
| Additional Record Materials | | |
| USA_001098 – USA_001227 | SBA PPP Borrower Application Forms 2483 for Zanziper-Hyman entities that received PPP loan forgiveness | N/A |
| USA_001228 – USA_001390 | SBA PPP Lender Application Forms 3508 for Zanziper-Hyman entities that received PPP loan forgiveness | N/A |