# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Accordius Health at Asheville LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00129-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| United States Small Business Administration, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2025 Order.

April 8, 2025

Katherine Hord Simon, Clerk
United States District Court