FILED: May 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1583
(1:23-cv-00129-MR)

_____

ACCORDIUS HEALTH AT ASHVILLE LLC; ACCORDIUS HEALTH AT BREVARD LLC; ACCORDIUS HEALTH AT CHARLOTTE LLC; ACCORDIUS HEALTH AT HENDERSONVILLE LLC; ACCORDIUS HEALTH AT MIDWOOD LLC; ACCORDIUS HEALTH AT MONROE LLC; ACCORDIUS HEALTH AT MOORESVILLE LLC; ACCORDIUS HEALTH AT STATESVILLE LLC; ACCORDIUS HEALTH AT WILKESBORO LLC; CAROLINA PINES AT ASHEVILLE LLC; COUNTRYSIDE CENTER FOR REHABILITATION; FAIR OAKS HEALTH AND REHABILITATION LLC; PELICAN HEALTH AT ASHEVILLE LLC; PELICAN HEALTH AT CHARLOTTE LLC; PELICAN HEALTH NORFOLK LLC; PELICAN HEALTH RUTHERFORDTON LLC; PELICAN HEALTH RANDOLPH LLC; RUSSELLVILLE KY OPCO LLC; THE CITADEL AT MYERS PARK LLC; THE CITADEL AT WINSTON-SALEM LLC; THE CITADEL ELIZABETH CITY, LLC; ACCORDIUS HEALTH AT BAY POINTE LLC; ACCORDIUS HEALTH AT CONCORD LLC; ACCORDIUS HEALTH AT GREENSBORO LLC; ACCORDIUS HEALTH AT LYNCHBURG, LLC; ACCORDIUS HEALTH AT RIVER POINTE, LLC; ACCORDIUS HEALTH AT ROSE MANOR LLC; ACCORDIUS HEALTH AT WILSON LLC; ACCORDIUS HEALTH AT WINSTON-SALEM LLC; ANDERSON SC OPCO LLC; CAROLINA PINES AT GREENSBORO LLC; COVINGTON TN OPCO LLC; FARTHING MAYFIELD KY OPCO LLC; GREENVILLE KY OPCO LLC; HOPKINSVILLE KY OPCO LLC; KNOXVILLE OPCO LLC; LEITCHFIELD KY OPCO LLC; LOUDON OPCO LLC; MADISONVILLE HEALTH AND REHABILITATION LLC; MARYVILLE FAIRPARK OPCO LLC; MARYVILLE JAMESTOWN OPCO LLC; MAYFIELD KY OPCO LLC; MOUNT PLEASANT TN OPCO LLC; PADUCAH CENTER FOR HEALTH AND REHABILITATION LLC; PELICAN HEALTH REIDSVILLE LLC; PELICAN HEALTH THOMASVILLE LLC; PRINCETON KY OPCO LLC; RED BOILING SPRINGS TN OPCO LLC

Plaintiffs - Appellants

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in her official capacity as Administrator of the Small Business Administration; SCOTT BESSENT, in his official capacity as United States Secretary of Treasury; UNITED STATES OF AMERICA

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
| Originating Case Number | 1:23-cv-00129-MR |
| Date notice of appeal filed in originating court: | 05/20/2025 |
| Appellants | Accordius Health at Asheville LLC, Accordius Health at Bay Pointe LLC; Accordius Health at Brevard LLC; Accordius Health at Charlotte LLC; Accordius Health at Concord LLC; Accordius Health at Greensboro LLC; Accordius Health at Hendersonville LLC; Accordius Health at Lynchburg LLC; Accordius Health at Midwood LLC; Accordius Health at Monroe LLC; Accordius Health at Mooresville LLC; Accordius Health at River Pointe LLC; Accordius Health at Rose Manor LLC; Accordius Health at Statesville LLC; Accordius Health at Wilkesboro LLC; Accordius Health at Wilson LLC; Accordius Health at Winston Salem LLC; Anderson SC OPCO LLC; Carolina Pines at Asheville LLC; Carolina Pines at Greensboro LLC; Countryside Rehabilitation LLC; Covington TN OPCO LLC; Fair Oaks Health and Rehabilitation; Farthing Mayfield KY Opco LLC; Greenville KY Opco LLC; Hopkinsville KY Opco LLC; Knoxville OPCO LLC; Leitchfield KY Opco LLC; Loudon OPCO LLC; Madisonville Health and Rehabilitation LLC; Maryville |

|  | Fairpark OPCO LLC; Maryville Jamestown OPCO LLC; Mayfield KY Opco LLC; Mount Pleasant TN OPCO LLC; Paducah Center for Health and Rehabilitation LLC; Pelican Health at Asheville LLC; Pelican Health at Charlotte LLC; Pelican Health at Norfolk LLC; Pelican Health at Rutherfordton LLC; Pelican Health Randolph LLC; Pelican Health Reidsville LLC; Pelican Health Thomasville LLC; Princeton KY Opco LLC; Red Boiling Springs TN OPCO LLC; Russellville KY Opco LLC; The Citadel at Myers Park LLC; The Citadel at Winston Salem LLC; and The Citadel Elizabeth City LLC |
|---|---|
| Appellate Case Number | 25-1583 |
| Case Manager | Emily Borneisen<br>804-916-2704 |