# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CASE NO. 1:23-CV-00129-MR

| | |
|---|---|
| ACCORDIUS HEALTH AT ASHEVILLE, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

COMES NOW the United States of America, on behalf of the Defendants, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the substitution of the undersigned Assistant United States Attorney, who will remain on the docket as lead counsel for Defendants in the above-referenced action in place of Indraneel Sur.

Respectfully submitted this 30th day of April, 2026.

**RUSS FERGUSON**
United States Attorney

s/Gill P. Beck
**GILL P. BECK**
Assistant United States Attorney
Chief, Civil Division
N.C. Bar No. 13175
Room 233, US Courthouse
100 Otis Street
Asheville, NC 28801
Phone: 828-271-4661
Fax: 828-271-4327
E-Mail: gill.beck@usdoj.gov